IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMERA FOSTER, | : | CIVIL ACTION |
|     Plaintiff | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
|     Defendant | : | NO.  22-3743 |

## ORDER

**AND NOW**, this 11th day of September 2021, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 9) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall explicitly decide what limitations to Plaintiff's RFC result from her non-severe impairments.  If the ALJ believes there are none, she must say so explicitly.  If she believes there are some, she must include them in a hypothetical question, so that the VE can provide proper testimony.

**BY THE COURT**:

    */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge